### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **FUN CHARTERS, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **CIVIL ACTION 14-0263-WS-M** |
| | ) |
| **The Vessel SHADY LADY,** | ) |
| **Official No. 681969, her engines, etc.,** | ) |
| *in rem*, | ) |
| | ) |
| **Defendant.** | ) |

### DEFAULT JUDGMENT

In accordance with the separate Order entered on this date, it is **ordered, adjudged and decreed** that **DEFAULT JUDGMENT** be, and the same hereby is, entered in favor of plaintiff, Fun Charters, Inc., and against defendant, The Vessel SHADY LADY, Official No. 681969, her engines, etc., *in rem*, in the total amount of **$186,600.05**.

DONE and ORDERED this 25th day of February, 2015.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE